**Opinion issued December 6, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-16-00685-CV**

———————————

**DAVID SOLIZ, LETICIA SOLIZ AND SOLIZ AUTOMOTIVE, INC. D/B/A 1ST COLLISION SPECIALIST, INC., Appellants**

**V.**

**LESLIE WM. ADAMS, ATTORNEY AT LAW, PLLC D/B/A LESLIE WM. ADAMS & ASSOCIATES, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1032263**

---

**MEMORANDUM OPINION**

Appellants, David Soliz, Leticia Soliz, and Soliz Automotive, Inc. d/b/a 1st

Collision Specialist, Inc., have neither paid the required fees nor established

indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 (requiring payment

of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a) (West 2013), § 101.041 (West Supp. 2016) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015) (listing fees in court of appeals). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for nonpayment of all required fees.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.

2